UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CHARLES BRUCE THOMAS, | |
| Petitioner, | |
| v. | Civil No. 16-cv-744-JPG |
| UNITED STATES OF AMERICA, | Criminal No 98-cr-40004-JPG |
| Respondent. | |

## **MEMORANDUM AND ORDER**

This matter comes before the Court on petitioner Charles Bruce Thomas's amended motion to vacate, set aside or correct his sentence pursuant to 28 U.S.C. § 2255 (Doc. 11). He argues that he is entitled to relief because, following *Johnson v. United States*, 135 S. Ct. 2551 (2015), and *Cross v. United States*, 892 F.3d 288 (7th Cir. 2018), it is apparent that his sentence as a career offender violated his due process rights. The Government has responded to the motion agreeing that, under *Cross*, Thomas is entitled to § 2255 relief and asking the Court to hold a new sentencing hearing (Doc. 15). The Court also addresses Thomas's counsel's motion to withdraw for the purposes of a resentencing due to a conflict of interest (Doc. 17).

The Court agrees with the parties that *Cross* requires it to vacate Thomas's current 300-month sentence and resentence him. The Court further acknowledges that in light of Thomas's counsel's conflict of interest, counsel must withdraw and Thomas must be appointed new counsel in his criminal case for purposes of resentencing.

Accordingly, the Court:

- **GRANTS** Thomas's amended § 2255 motion (Doc. 11);

- **VACATES** Thomas's sentence imposed on June 3, 1999, as reflected in the judgment entered on June 16, 1999 (Doc. 92 in *United States v. Thomas*, Case No. 98-cr-40004-JPG);

- **GRANTS** counsel's motion to withdraw (Doc. 17);

- **DIRECTS** the Clerk of Court to enter judgment accordingly; and

- **DIRECTS** the Clerk of Court to docket this order in Thomas's civil and criminal cases.

**IT IS SO ORDERED.**
**DATED:   May 27, 2020**

s/ J. Phil Gilbert
**J. PHIL GILBERT**
**DISTRICT JUDGE**
