UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CHARLES BRUCE THOMAS,<br><br>  Petitioner,<br><br>  v.<br><br>UNITED STATES OF AMERICA,<br><br>  Respondent. | Civil No. 16-cv-744-JPG<br><br>Criminal No 98-cr-40004-JPG |

## **JUDGMENT**

This matter having come before the Court, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that petitioner Charles Bruce Thomas's amended motion to vacate, set aside or correct his sentence pursuant to 28 U.S.C. § 2255 is granted; that judgment is entered in favor of petitioner Charles Bruce Thomas and against respondent United States of America; and that the judgment against Charles Bruce Thomas in Criminal Case No. 98-cr-40004-JPG (Doc. 92 in Case No. 98-cr-40004-JPG) is vacated and that Charles Bruce Thomas shall be resentenced.

**DATED:  May 27, 2020**               **MARGARET M. ROBERTIE, Clerk of Court**
                                       **s/Tina Gray, Deputy Clerk**

**Approved:**   s/ J. Phil Gilbert
               **J. PHIL GILBERT**
               **DISTRICT JUDGE**